UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.:  20-15322
REGINALD REDMOND  )
  )  Chapter: 13
  )  Honorable Deborah L. Thorne
  )
  )
Debtor(s)  )

## ORDER IMPOSING THE AUTOMATIC STAY

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED
A. That the automatic stay is hereby imposed as to all creditors pursuant to §362(c)(4).

Enter:

Honorable Deborah L. Thorne
Dated:  August 19, 2020                United States Bankruptcy Judge

**Prepared by:**

David M. Siegel
ARDC 6207611
David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100